■ LUISA JORGE et al., Respondents, v GERARD P. CHASTEEN CONTRACTING, INC., Appellant. [612 NYS2d 1004] —Judgment and order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Floyd, J. (Appeal from Judgment and Order of Supreme Court, Suffolk County, Floyd, J.— Summary Judgment.) Present—Green, J. P., Balio, Fallon, Doerr and Boehm, JJ.

■ LENA EVERETT, Respondent, v MELFORD EVERETT, Appellant. [612 NYS2d 1004] —Judgment unanimously affirmed with costs. Memorandum: Defendant's child support obligation was properly calculated in accordance with the Child Support Standards Act *(see,* Domestic Relations Law § 240 [1-b]). The record supports the Hearing Officer's determination that the best interests of the children would be served by awarding custody to plaintiff and granting specified visitation to defendant *(see, Carr v Carr,* 187 AD2d 408, 409).

We have examined defendant's remaining contentions and find them to be lacking in merit. (Appeal from Judgment of Supreme Court, Queens County, Turret, J.H.O.—Divorce.) Present—Green, J. P., Balio, Fallon, Doerr and Boehm, JJ.